UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HUMBERTO ARREOLA GONZALEZ,

    Petitioner,

v.

KIM HOLLAND, Warden,

    Respondent.

Case No. SACV 14-1513-FMO (JEM)

**JUDGMENT**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 26, 2016

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE